

# Fourth Court of Appeals
## San Antonio, Texas

May 25, 2022

No. 04-21-00559-CV

In re **JOHN KENNETH WILSON V**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020EM502226
Honorable Nick Catoe Jr., Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent under Rule 20 of the Texas Rules of Appellate Procedure.

It is so **ORDERED** on May 25, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of May, 2022.

_____
Michael A. Cruz, Clerk of Court